# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brenneman Jr, Hugh W. | USDC Michigan Western | 05/02/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge-Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

580 Federal Building
110 Michigan N.W.
Grand Rapids, MI 49503

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ▓ Trust #1 |
| 2. Trustee | ▓ Trust #2 |
| 3. Ex Officio Trustee | Historical Society for the United States District Court for the Western District of Michigan |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/02/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Money Market Savings (L1) | A | Interest | J | T | | | | | |
| 2. J.P. Morgan Chase Bank(accounts) (L2) | A | Interest | J | T | | | | | |
| 3. Goodrich MI Area Sch Dist 4.30% (L5) | A | Interest | K | T | | | | | |
| 4. Grand Rapids MI Dwntown 7.5% Muni Bond (L6) | A | Interest | J | T | | | | | |
| 5. Lowell MI Area Schs 6.40% Muni Bond (L7) | B | Interest | K | T | | | | | |
| 6. Okemos MI Pub Sch Dist 4.25% Muni Bond (L9) | A | Interest | | | Redeemed | 11/01/13 | K | | |
| 7. Morrice Area Sch Dist 4.00% Muni Bond (L10) | A | Interest | K | T | | | | | |
| 8. Michigan St 4.25% Muni Bond (L12) | A | Interest | J | T | | | | | |
| 9. Blackrock Muni YD MI InsII (L13) | A | Int./Div. | | | Sold (part) | 07/09/13 | J | | |
| 10. | | | | | Sold | 07/23/13 | J | | |
| 11. Blackrock Muniyield Qlty (L15) | B | Dividend | | | Sold | 07/23/13 | K | | |
| 12. Michigan St Univ Revs (L16) | B | Interest | K | T | | | | | |
| 13. Grand Rapids Mich Cmnty College 4.25% (L24) | A | Interest | J | T | | | | | |
| 14. Blackrock Muniyield MI Qlty (L25) | A | Dividend | | | Sold | 07/09/13 | K | | |
| 15. Nuveen Prem Inc Muni 4 (L26) | A | Dividend | | | Sold | 07/09/13 | K | | |
| 16. Fidelity Intermediate Muni Income (L27) | C | Dividend | J | T | | | | | |
| 17. Fidelity Municipal Income (L28) | C | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ML BIF MI Municipal Money Fund (L29) | A | Dividend | K | T | | | | | |
| 19. FIA Card Services NA (L30) | A | Interest | J | T | | | | | |
| 20. Raymond James Bank Deposit Program (L31) | A | Interest | J | T | | | | | |
| 21. Polaris Choice II Annuity (SunAmerica Ann & Life) (L32) | B | Int./Div. | L | T | | | | | |
| 22. ▨ Trust #1 (L37) | D | Dividend | O | T | | | | | |
| 23. - RMA Money Mkt (L38) | | | | | Closed | 07/09/13 | J | | |
| 24. - American Funds Amcap Fund Cl A (L39) | | | | | Sold | 07/09/13 | M | E | |
| 25. - American Funds Bond Fund of America Cl A (L40) | | | | | Sold | 07/09/13 | L | | |
| 26. - American Funds New Perspective Fund Cl A (L41) | | | | | Sold | 07/09/13 | M | E | |
| 27. - American Funds Washington Mutual Inv Fund Cl A (L42) | | | | | Sold | 07/09/13 | M | E | |
| 28. - American Funds Capital World Growth & Income (L43) | | | | | Sold | 07/09/13 | L | D | |
| 29. - American Funds Income Fund of America Cl A (L44) | | | | | Sold | 07/09/13 | M | D | |
| 30. ▨ Trust #2 (L45) | D | Int./Div. | K | T | | | | | |
| 31. - ING USA Annuity & Life Insurance Co. (L46) | | | | | Distributed | 11/29/13 | N | | |
| 32. - Hartford Life & Annuity Insurance Co. (L47) | | | | | Distributed | 11/29/13 | K | | |
| 33. - Allegan Cnty Mich Bldg Auth Bk Qual FSA B/E /R/4.5 5/1 (L48) | | | | | Redeemed | 01/02/13 | J | | |
| 34. - American Funds Bond Fund Of America Cl A (L49) | | | | | Sold | 01/02/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Fifth Third Bancorp (L50) | | | | | Sold | 01/02/13 | J | | |
| 36. - Nuveen MI Premium Income Muni Fd (L51) | | | | | Sold | 01/02/13 | J | | |
| 37. Polaris II Annuity (L52) | B | Int./Div. | K | T | | | | | |
| 38. Perspective II Annuity (Jackson National Life) (L62) | A | Int./Div. | M | T | | | | | |
| 39. Raymond James - IRA | E | Int./Div. | O | T | | | | | |
| 40. - Capital World Bond Fund (American Funds) (L65) | | | | | Sold | 11/12/13 | J | A | |
| 41. - First Eagle Global Fund Class A M/F (L70) | | | | | | | | | |
| 42. - AT&T Incorporated (L71) | | | | | | | | | |
| 43. - ALCOA Incorporated (L72) | | | | | Buy (add'l) | 04/02/13 | J | | |
| 44. - Dow Chemical Company (L73) | | | | | Sold | 06/17/13 | J | | |
| 45. - Microsoft Corporation (L74) | | | | | | | | | |
| 46. - Verizon Communications Incorporated (L75) | | | | | | | | | |
| 47. - Artisan Mid Cap Value Fund Investor Class N/L (L77) | | | | | | | | | |
| 48. - DWS RREEF Real Estate Secutities Fund Class A(Scdr)(L78) | | | | | | | | | |
| 49. - Europacific Growth Fund Class F (American Funds) (L79) | | | | | Sold | 11/23/13 | J | A | |
| 50. - First Eagle Overseas Fund Class A (L80) | | | | | Sold | 11/12/13 | K | C | |
| 51. - Oppenheimer International Bond Fund Class A (L83) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - PIMCO Commodity Real Return Strategy Fund Class A (L85) | | | | | | | | | |
| 53. - Raymond James Bank Deposit Program (L86) | | | | | | | | | |
| 54. - Baxter International Incorporated (L88) | | | | | | | | | |
| 55. - Freeport-Mcmoran Copper & Gold (L89) | | | | | | | | | |
| 56. - Gentex Corporation (L90) | | | | | | | | | |
| 57. - UGI Corporation New (L91) | | | | | | | | | |
| 58. - First Eagle Fund of America Class A M/F (L93) | | | | | | | | | |
| 59. - Alliance Bernstein High Income Fund Class A M/F (L96) | | | | | | | | | |
| 60. - Applied Matls Incorporated (L97) | | | | | Sold | 11/27/13 | J | A | |
| 61. - Bankwest Pierre SD FDIC #4009 CD (L98) | | | | | | | | | |
| 62. - CIT Bank Salt Lake City UT FDIC #35575 CD (L99) | | | | | | | | | |
| 63. - Corning Incorporated (L100) | | | | | | | | | |
| 64. - Freeport-Mcmoran Copper & Gold (L103) | | | | | | | | | |
| 65. - Gentex Corporation (L104) | | | | | | | | | |
| 66. - Linn Energy LLC Unit Ltd Liab (L107) | | | | | | | | | |
| 67. - Templeton Global Bond Fund Class A M/F (L112) | | | | | | | | | |
| 68. - The Yacktman Fund N/L (L113) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Intel Corporation | | | | | Buy | 04/02/13 | J | | |
| 70. - Invesco Select Cos Fund | | | | | Buy | 11/12/13 | J | | |
| 71. - Fidelity Advisor Materials Fund | | | | | Buy | 11/12/13 | J | | |
| 72. - Oakmark International Fund | | | | | Buy | 11/07/13 | J | | |
| 73. - Hennessy Focus Fund Investor Class | | | | | Buy | 06/13/13 | J | | |
| 74. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 75. - Integrity Williston Basin Mid North | | | | | Buy | 11/12/13 | J | | |
| 76. - CIT Bank FDIC #35575 CD 2.05% | | | | | Buy | 01/04/13 | K | | |
| 77. - Cisco Systems Incorporated | | | | | Buy | 04/02/13 | J | | |
| 78. Merrill Lynch - IRA #1 (L123) | D | Dividend | M | T | | | | | |
| 79. - FIA Card Services NA RASP (L124) | | | | | | | | | |
| 80. - Apple Computer Inc (L126) | | | | | Sold | 01/25/13 | K | E | |
| 81. - Allergan Inc (L134) | | | | | Sold | 01/22/13 | K | B | |
| 82. - Southern Company (L136) | | | | | Sold | 01/09/13 | J | A | |
| 83. - Kimberly Clark (L137) | | | | | | | | | |
| 84. - Du Pont E I De Nemours (L140) | | | | | Sold | 01/22/13 | K | B | |
| 85. - Qualcomm Inc (L147) | | | | | Buy (add'l) | 03/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 87. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 88. | | | | | Buy (add'l) | 09/29/13 | J | | |
| 89. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 90. - PPL Corporation (L148) | | | | | Buy (add'l) | 01/09/13 | J | | |
| 91. | | | | | Sold (part) | 01/22/13 | K | A | |
| 92. | | | | | Sold | 06/20/13 | J | A | |
| 93. - Disney (Walt) Co Com Stk (L149) | | | | | Sold | 01/22/13 | K | C | |
| 94. - AT&T Incorporated (L154) | | | | | Buy (add'l) | 02/04/13 | J | | |
| 95. | | | | | Buy (add'l) | 11/04/13 | J | | |
| 96. | | | | | Sold (part) | 03/18/13 | K | A | |
| 97. - Chevron Corp (L157) | | | | | Buy (add'l) | 03/12/13 | J | | |
| 98. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 99. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 100. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 101. - Eli Lilly & Co (L161) | | | | | Sold (part) | 01/22/13 | K | C | |
| 102. | | | | | Sold | 04/25/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - General Electric (L166) | | | | | Buy (add'l) | 01/28/13 | J | | |
| 104. | | | | | Sold (part) | 02/19/13 | K | A | |
| 105. | | | | | Buy (add'l) | 04/25/13 | K | | |
| 106. | | | | | Sold | 06/20/13 | K | A | |
| 107.  - Powershares Fin Pfd (L176) | | | | | Buy (add'l) | 04/13/13 | J | | |
| 108. | | | | | Sold | 07/01/13 | K | A | |
| 109.  - 3M Company | | | | | Buy | 01/09/13 | K | | |
| 110. | | | | | Sold | 02/13/13 | K | A | |
| 111.  - 3M Company | | | | | Buy | 06/10/13 | K | | |
| 112. | | | | | Sold | 10/21/13 | K | B | |
| 113.  - Amer Express Company | | | | | Buy | 06/18/13 | J | | |
| 114. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 115.  - Baxter International Inc | | | | | Buy | 01/02/13 | K | | |
| 116. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 117. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 118. | | | | | Buy (add'l) | 10/02/13 | J | | |
| 119.  - Blackrock Corp HY Fund | | | | | Buy | 04/25/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 06/19/13 | K | | |
| 121.  - Boeing Company | | | | | Buy | 02/12/13 | K | | |
| 122. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 123. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 124. | | | | | Sold (part) | 04/22/13 | K | A | |
| 125. | | | | | Sold | 10/18/13 | K | B | |
| 126.  - Caterpillar Inc Del | | | | | Buy | 04/25/13 | K | | |
| 127. | | | | | Sold | 07/17/13 | K | A | |
| 128.  -Coca Cola Com | | | | | Buy | 01/09/13 | K | | |
| 129. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 130. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 131. | | | | | Buy (add'l) | 10/02/13 | J | | |
| 132. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 133.  - Dominion Res Inc New | | | | | Buy | 04/25/13 | K | | |
| 134. | | | | | Buy (add'l) | 06/21/13 | J | | |
| 135. | | | | | Buy (add'l) | 09/23/13 | J | | |
| 136. | | | | | Buy (add'l) | 12/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Duke Energy Corp New | | | | | Buy | 01/09/13 | K | | |
| 138. | | | | | Sold | 02/13/13 | K | A | |
| 139.  - Eaton Vance tax Div Inc | | | | | Buy | 04/25/13 | K | | |
| 140. | | | | | Sold | 06/03/13 | K | | |
| 141.  - Emerson Elec Co | | | | | Buy | 11/26/13 | J | | |
| 142.  - Home Depot Inc | | | | | Buy | 01/09/13 | K | | |
| 143. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 144. | | | | | Sold (part) | 05/20/13 | K | C | |
| 145.  - IBM | | | | | Buy | 03/19/13 | K | | |
| 146. | | | | | Sold | 08/28/13 | K | | |
| 147.  - Ishares Tr Russell 2000 | | | | | Buy | 06/04/13 | K | | |
| 148. | | | | | Sold | 10/08/13 | K | B | |
| 149.  - Kimberly Clark | | | | | Buy | 01/02/13 | J | | |
| 150.  - Kraft Foods Group Inc | | | | | Buy | 11/04/13 | K | | |
| 151.  - L-3 Commnctns Hldgs | | | | | Buy | 01/29/13 | K | | |
| 152. | | | | | Sold | 04/22/13 | J | A | |
| 153.  - McDonalds Corp Com | | | | | Buy | 05/24/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/15/13 | K | | |
| 155.  - Medical Pptys Tr Inc | | | | | Buy | 01/09/13 | J | | |
| 156. | | | | | Sold | 06/14/13 | J | B | |
| 157.  - Merck and Co Inc Shs | | | | | Buy | 01/25/13 | K | | |
| 158.  - Microsoft Corp | | | | | Buy | 11/01/13 | K | | |
| 159.  - Monsanto Co New | | | | | Buy | 02/21/13 | K | | |
| 160. | | | | | Sold | 03/18/13 | K | A | |
| 161.  - Norfolk Southern Corp | | | | | Buy | 07/11/13 | J | | |
| 162. | | | | | Sold | 07/30/13 | J | | |
| 163.  - Procter & Gamble Co | | | | | Buy | 04/25/13 | K | | |
| 164.  - SPDR Dow Jones Indust Av ETF Trust | | | | | Buy | 10/29/13 | K | | |
| 165.  - THL Credit Inc | | | | | Buy | 01/09/13 | K | | |
| 166. | | | | | Sold | 06/20/13 | K | | |
| 167.  - Union Pacific Corp | | | | | Buy | 07/30/13 | K | | |
| 168.  - United Techs Corp Com | | | | | Buy | 04/25/13 | K | | |
| 169. | | | | | Sold (part) | 09/23/13 | K | C | |
| 170.  - Unitedhealth Group Inc | | | | | Buy | 01/29/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 05/20/13 | K | A | |
| 172. Merrill Lynch - IRA #2 (L181) | A | Dividend | K | T | | | | | |
| 173. - FIA Card Services NA RASP (L185) | | | | | | | | | |
| 174. - Spectra Energy Corp (L186) | | | | | Buy (add'l) | 09/10/13 | J | | |
| 175. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 176. - Verizon Communications Com (L187) | | | | | Sold | 01/14/13 | J | A | |
| 177. - Du Ppnt E I De Nemours (L188) | | | | | Sold | 01/22/13 | J | A | |
| 178. - Allergan Inc (L189) | | | | | Sold | 01/24/13 | J | A | |
| 179. - AT&T Inc (L190) | | | | | Buy (add'l) | 04/25/13 | J | | |
| 180. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 181. | | | | | Buy (add'l) | 11/04/13 | J | | |
| 182. - Chevron Corp (L192) | | | | | Buy (add'l) | 12/11/13 | J | | |
| 183. - Eli Lilly & Co (L193) | | | | | Sold | 01/22/13 | J | B | |
| 184. - General Electric (L194) | | | | | Sold | 02/19/13 | J | A | |
| 185. - Home Depot Inc (L196) | | | | | Sold | 05/20/13 | J | B | |
| 186. - Kimberly Clark (L197) | | | | | Buy (add'l) | 01/04/13 | J | | |
| 187. | | | | | Buy (add'l) | 04/03/13 | J | | |

| | |
|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000 |
| | F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000 |
| | N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market |
| | U =Book Value   V =Other   W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 189. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 190. - Qualcomm Inc (L202) | | | | | Buy (add'l) | 09/26/13 | J | | |
| 191. - Amer Express Company | | | | | Buy | 07/01/13 | J | | |
| 192. - Baxter International Inc | | | | | Buy | 01/02/13 | J | | |
| 193. | | | | | Buy (add'l) | 10/02/13 | J | | |
| 194. - Boeing Company | | | | | Buy | 09/04/13 | J | | |
| 195. - Caterpillar Inc Del | | | | | Buy | 04/25/13 | J | | |
| 196. | | | | | Sold | 07/17/13 | J | A | |
| 197. - Coca Cola Com | | | | | Buy | 01/09/13 | J | | |
| 198. - Emerson Elec Co | | | | | Buy | 11/26/13 | J | | |
| 199. - Kraft Foods Group Inc | | | | | Buy | 11/04/13 | J | | |
| 200. - McDonalds Corp Com | | | | | Buy | 05/24/13 | J | | |
| 201. | | | | | Sold | 10/15/13 | J | | |
| 202. - Medical Pptys Tr Inc | | | | | Buy | 01/09/13 | J | | |
| 203. | | | | | Sold | 06/13/13 | J | A | |
| 204. - Merck and Co Inc Shs | | | | | Buy | 01/25/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205.  - Microsoft Corp | | | | | Buy | 11/01/13 | J | | |
| 206.  - Powershares Preferred | | | | | Buy | 04/26/13 | J | | |
| 207. | | | | | Sold | 06/21/13 | J | | |
| 208.  - PPL Corporation | | | | | Buy | 01/09/13 | J | | |
| 209. | | | | | Sold | 02/19/13 | J | A | |
| 210.  - SPDR Dow Jones Indust Av | | | | | Buy | 10/31/13 | J | | |
| 211.  - THL Credit Inc | | | | | Buy | 01/09/13 | J | | |
| 212. | | | | | Sold | 06/20/13 | J | | |
| 213.  - United Health Group | | | | | Buy | 01/29/13 | J | | |
| 214. | | | | | Sold | 05/20/13 | J | A | |
| 215.  - United Techs Corp Com | | | | | Buy | 10/02/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/02/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Lines 22-29, 30-36, 39-77, 78-171, 172-215 Are being treated as Aggregate Ownership Arrangements.
VII Line 78 Formerly named Merrill Lynch - IRA #2
VII Line 172 Formerly named Merrill Lynch - IRA #3

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Hugh W. Brenneman Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544